SPELLUM, Respondent, vs. LA CROSSE & SOUTHEASTERN RAILWAY COMPANY, Appellant.

*January 13—January 30, 1912.*

APPEAL from a judgment of the circuit court for Vernon county: E. C. HIGBEE, Circuit Judge. *Affirmed.*

Action to recover compensation on account of taking lands for railway right-of-way purposes. The cause was submitted to the jury on the evidence, resulting in a verdict in plaintiff's favor upon which judgment was rendered.

For the appellant there was a brief by *Wm. S. Burroughs* and *Chas. W. Graves*, and oral argument by *Mr. Burroughs.*

For the respondent there was a brief by *W. F. & A. C. Wolfe*, and oral argument by *W. F. Wolfe.*

MARSHALL, J. The same points are raised in this case as in *Hauge v. La Crosse & Southeastern R. Co., ante,* p. 288. The circumstances in the two cases being alike, the judgment must be affirmed for the reasoning stated for affirming that in the other case.

*By the Court.*—Judgment affirmed.